

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19MJ 524 |
| ) | |
| IMRAN IQBAL, ) | |
| ) | Court Date: February 3, 2020 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

COUNT I (Misdemeanor 7870457)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 4, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, IMRAN IQBAL, did unlawfully, knowingly, and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

## COUNT II (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 4, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, IMRAN IQBAL, did go upon a military reservation, post, or installation, for any purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *[signature]*

Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Imran Iqbal
9804 Clifford Drive, Apt 301
Fairfax, Virginia 22301

By: /s/
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov