IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:19-mj-00524 |
| | ) | |
| | ) | |
| IMRAN IQBAL, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

The motion of the United States of America to dismiss without prejudice criminal

number 1:19-mj-00524 pertaining to the defendant, IMRAN IQBAL, is hereby granted.

IT IS ORDERED that court number 1:19-mj-00524 pertaining to the defendant, IMRAN

IQBAL, is hereby dismissed without prejudice.

Alexandria, Virginia

Date this_____
day of August, 2020
Alexandria, Virginia

Digitally signed by
Michael S. Nachmanoff
Date: 2020.08.04
15:17:11 -04'00'

_____
United States Magistrate Judge